PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Alex M. Williams</u>  Case Number: <u>3:11-00085</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>October 31, 2011</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) and 924 Felon in Possession of a Firearm</u>

Original Sentence: <u>33 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>August 23, 2013</u>

Assistant U.S. Attorney: <u>Scarlett Singleton</u>  Defense Attorney: <u>To be determined</u>

---

The Court orders:

☑ No Action Necessary at this Time *as recommended by PO*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of _____, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place  Nashville

Date  May 27, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **1.** | **The defendant shall not be involved with gang activity or possess gang paraphernalia. The Court excludes from this prohibition the tattoo that was the subject of the sentencing hearing.** |

During a home contact on May 1, 2014, the probation officer observed, in plain view, photographs attached to lanyards, in Mr. Williams' bedroom. Upon closer inspection, Mr. Williams was observed to be in all 19 photographs. Each photograph depicted Mr. Williams, and various associates, "throwing" gang signs. When asked by the probation officer about these photographs, Mr. Williams reported he would frequent various clubs in the Nashville area, between the time period of 2009-2010, and photographs were taken at these establishments. He would then purchase the photographs, attached to lanyards, and wear them in the various clubs for the remainder of the evening(s). The probation officer pointed out that Mr. Williams, as well as the other individuals in the photographs, were throwing gang signs, and inquired as to why he would still have these items, knowing one of his special conditions prohibited the possession of gang paraphernalia. Mr. Williams was adamant the photographs were several years old and were not gang paraphernalia. The probation officer seized all 19 photographs from his residence.

It was later determined that the hand-signs depicted in the photographs are linked to the Gangster Disciples and Black P-Stone Nation gangs.

**Compliance with Supervision Conditions and Prior Interventions:**
Alex Williams is unemployed and lives with his sister in Nashville, Tennessee. While in residency at the halfway house in Nashville, prior to his release, Mr. Willaims was injured at his employment. He has been unable to seek employment, due to medical appointments and physical therapy, related to his injury. Mr. Williams began his term of supervised release on August 23, 2013, and his supervision is due to terminate August 22, 2016.

A report was submitted to the Court on November 6, 2013, regarding Mr. Williams violation of moving without giving prior notification to the probation officer. The Court ordered no action on November 7, 2013. Mr. Williams was re-instructed to not move from his reported address without giving prior notification to the probation officer.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Williams remain on supervised release and not incur any future violations. The Assistant U.S. Attorney Scarlett Singleton has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer